# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | EP-23-CV-00028-FM |
| | § | |
| **EXCLUSIVE MARKETING** | § | |
| **AGENCY LLC,** *a California Limited* | § | |
| *Liability Company*; **JOHN SECKEL;** | § | |
| **INSTANT LOANS, INC** *d/b/a* **ASSUR** | § | |
| **LOANS,** *a Michigan Corporation*; and | § | |
| **CELEBRITY HOME LOANS, LLC** | § | |
| *d/b/a* **MIDWEST EQUITY** | § | |
| **MORTGAGE,** *an Illinois Limited* | § | |
| *Liability Company*, | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Plaintiff's Motion to Dismiss with Prejudice" [ECF No. 6], filed March 7, 2023, by Plaintiff Erik Salaiz. A plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," the effect of which is dismissal without prejudice unless the notice states otherwise.[1] No defendant has filed an answer or a motion for summary judgment. Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

---

[1] Fed. R. Civ. P. 41(a)(1).

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

   **SIGNED AND ENTERED** this **9th** day of **March 2023**.

                                                                _____
                                                                **FRANK MONTALVO**
                                                                **UNITED STATES DISTRICT JUDGE**