UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-23-CV-00028-FM |
| EXCLUSIVE MARKETING AGENCY LLC, *a California Limited Liability Company*; JOHN SECKEL; INSTANT LOANS, INC *d/b/a* ASSUR LOANS, *a Michigan Corporation*; and CELEBRITY HOME LOANS, LLC *d/b/a* MIDWEST EQUITY MORTGAGE, *an Illinois Limited Liability Company*, | § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO SET ASIDE FINAL JUDGMENT

Before the court is "Plaintiff's Motion to Set Aside Final Judgment and Dismissal" [ECF No. 10], filed March 21, 2023, by Plaintiff Erik Salaiz. On March 7, 2023, Plaintiff moved to voluntarily dismiss three of the four defendants, which the court granted, erroneously dismissing all defendants and entering final judgment.[1] Plaintiff now seeks to correct that error. Accordingly, it is **HEREBY ORDERED** that "Plaintiff's Motion to Set Aside Final Judgment and Dismissal" [ECF No. 10] is **GRANTED**. An order vacating final judgment will follow.

SIGNED AND ENTERED this __23__ day of **March 2023**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff's Motion to Dismiss with Prejudice" 1, ECF No. 6, filed Mar. 7, 2023; "Final Judgment and Dismissal" 1, ECF No. 7, entered Mar. 9, 2023.

1