WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § § **Plaintiff,** § § **v.** § § **EXCLUSIVE MARKETING AGENCY** § **LLC,** *a California Limited Liability* § ***Company*; JOHN SECKEL; INSTANT** § **LOANS, INC.** *d/b/a* **ASSUR LOANS,** *a* § *Michigan Corporation*; **and** § **CELEBRITY HOME LOANS, LLC** § *d/b/a* **MIDWEST EQUITY** § **MORTGAGE,** *an Illinois Limited* § *Liability Company*, § § **Defendants.** § | EP-23-CV-00028-FM |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Plaintiff's Notice of Dismissal of Complaint" [ECF No. 14], filed April 5, 2023, by Plaintiff Erik Salaiz. Therein, Plaintiff voluntarily dismisses with prejudice Defendant Instant Loans, Inc., who has filed neither an answer nor a motion for summary judgment.[1] All other defendants were previously dismissed with prejudice.[2] A plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," the effect of which is dismissal without prejudice unless the notice states otherwise.[3] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

---

[1] "Plaintiff's Notice of Dismissal of Complaint" 1, ECF No. 14, filed Apr. 5, 2023.

[2] *See* "Order Dismissing Exclusive Marketing Agency LLC, John Seckel, and Celebrity Home Loans, LLC" 2, EFC No. 12, Mar. 23, 2023.

[3] Fed. R. Civ. P. 41(a)(1).

1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this 11 day of April 2023.

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

2